**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 327 EAL 2021

            Respondent                :

                                      :    Petition for Allowance of Appeal

                                      :    from the Order of the Superior Court

           v.                           :

                                        :

AMEER JACKSON,                           :

            Petitioner                 :

## ORDER

**PER CURIAM**

       **AND NOW**, this 2nd day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.